# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| MANTIS COMMUNICATIONS, LLC, | § § | |
| v. | § § | Case No. 2:17-CV-00328-JRG-RSP (Lead) |
| BASKIN-ROBBINS FRANCHISING, LLC, BASKIN-ROBBINS FRANCHISED SHOPS, LLC | § § § § | |

## ORDER

Before the Court is the Report and Recommendation filed by Magistrate Judge Payne, recommending that Defendants' motions to dismiss be granted. (Dkt. No. 52.) Having reviewed the objections filed by Mantis Communications, LLC ("Mantis"), and having considered the Report and Recommendation de novo, the Court finds no reason to reject or modify the recommended disposition. *See* Fed. R. Civ. P. 72(b)(3); 28 U.S.C. § 636(b)(1)(C).

Accordingly,

It is **ORDERED**:

(1) The motions to dismiss are **GRANTED**.[1]

(2) Mantis's lawsuits should be dismissed for failure to state a claim.

---

[1] Case No. 2:17-cv-000328, Dkts. 11 & 20
Case No. 2:17-cv-000324, Dkt. 11
Case No. 2:17-cv-000325, Dkts. 9 & 15
Case No. 2:17-cv-000327, Dkt. 12
Case No. 2:17-cv-000339, Dkt. 16

**So ORDERED and SIGNED this 16th day of November, 2017.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE